Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN MILLER

Plaintiff(s),

v.

GE HEALTHCARE INC., et al.

Defendant(s).

Case No: 17-CV-6273-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeremy A. Moseley, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: See Exhibit A in the above-entitled action. My local co-counsel in this case is Clement L. Glynn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 370 17th Street, Suite 4500<br>Denver, CO 80202 | 100 Pringle Avenue, Suite 500<br>Walnut Creek, CA 94596 |
| MY TELEPHONE # OF RECORD:<br>(303) 244-1800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(925) 210-2800 |
| MY EMAIL ADDRESS OF RECORD:<br>moseley@wtotrial.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cglynn@glynnfinley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 40831.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/16/18

Jeremy A. Moseley
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jeremy A. Moseley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/19/18

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE